UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §
                                                    §
                                                    §
VEGA, WILLIAM H.                                    §          Case No. 12-00039
                                                    §
                          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                   $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $           $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/N. Neville Reid_____
                                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 12-00039 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:   VEGA, WILLIAM H.

For Period Ending: 10/12/12

Trustee Name:                    N. Neville Reid
Date Filed (f) or Converted (c):   01/03/12 (f)
341(a) Meeting Date:              02/22/12
Claims Bar Date:                 05/31/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence Location: 8049 W. Eastwood, Norridge IL | 267,900.00 | 23,901.85 | | 200,000.00 | FA |
| 2. Checking account - Chase | 5,328.00 | 0.00 | | 0.00 | FA |
| 3. Modest furnishings. Location: 8049 W. Eastwood, No | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing Location: 8049 W. Eastwood, Norridge IL 6 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Death benefit from wife's life insurance.  $981.05 | Unknown | 0.00 | | 0.00 | FA |
| 6. Pension - Monthly payment $86.04 | Unknown | 0.00 | | 0.00 | FA |
| 7. Federal and State refunds | Unknown | 0.00 | | 0.00 | FA |
| 8. 2002 Chev. Malibu Location: 8049 W. Eastwood, Norr | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Potential for cause of action against Olga Zvaigzn | Unknown | 0.00 | | 0.00 | FA |
| 10. Reimbursement from Penn Treaty long-term care insu | 4,320.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.33 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $283,048.00 | $23,901.85 | | $200,000.33 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-4-12 Sent TFR to Tom Thornton

8-2-12 Waiting for check to clear the bank, then transfer money from money market to checking so interes willstop.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | |
|---|---|
| Case No: | 12-00039  -ERW |
| Case Name: | VEGA, WILLIAM H. |
| | |
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 10/12/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3539  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,893.87 | | 22,893.87 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 22,893.87 | 0.00 | 22,893.87 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 22,893.87 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals          22,893.87          0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit B

| Case No: | 12-00039  -ERW | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | VEGA, WILLIAM H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3648  BofA - Money Market Account |
| Taxpayer ID No: | *******3397 | | |
| For Period Ending: | 10/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/12 | | First American title Insurance Company<br>Re: 8049 West Eastwood Avenue<br>    Norridge, IL 60706 | Proceeds from sale of home, see HUD<br>Payoff of first mortgage loan to Bank of America for<br>$150,642.40 from sale of home. | | 23,901.73 | | 23,901.73 |
| | 1 | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:          200,000.00<br>Proceeds from sale of home | 1110-000 | | | |
| | | | Memo Amount:      (     2,264.11 )<br>County Taxes | 4800-000 | | | |
| | | | Memo Amount:      (     2,579.10 )<br>County Taxes 2nd Installment 2011 | 4800-000 | | | |
| | | BANK OF AMERICA | Memo Amount:      (   150,642.40 )<br>Payoff first mortgage BofA | 4110-000 | | | |
| | | | Memo Amount:      (     2,722.65 )<br>Settlement charges to Seller | 2500-000 | | | |
| | | | Memo Amount:      (     2,925.32 )<br>2010 Delinquent Taxes | 4800-000 | | | |
| | | | Memo Amount:      (     2,964.69 )<br>2011 1st installment taxes | 4800-000 | | | |
| | | COMMISSION TO @PROPERTIES | Memo Amount:      (    10,000.00 )<br>Earnest money held by @Properties<br>applied to commission | 3510-000 | | | |
| | | | Memo Amount:      (     2,000.00 )<br>Settlement charges of $2,000 commission to<br>@Properties | 3510-000 | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 23,901.85 |
| 07/30/12 | 000301 | Barbara McKenzie | Post-Petition Payments | 2990-000 | | 1,008.19 | 22,893.66 |

Page Subtotals          23,901.85          1,008.19

LFORM24

Ver: 17.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-00039 -ERW | |
| Case Name: | VEGA, WILLIAM H. | |

| | |
|---|---|
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 10/12/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3648  BofA - Money Market Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Guardian for William H. Vega | Eastwood Property [pre-sale house maintanance expenditures] Com Ed ($237.25), Nicor ($231.06), Water ($64.00), Snow Removal & Grass Cutting ($128.00) Insurance ($347.88) | | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 22,893.87 |
| 08/17/12 | | Transfer to Acct #*******3677 | Bank Funds Transfer | 9999-000 | | 22,893.87 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | | 23,902.06 | 23,902.06 | 0.00 |
| Memo Allocation Disbursements: | 176,098.27 | Less:  Bank Transfers/CD's | | 0.00 | 22,893.87 | |
| | | Subtotal | | 23,902.06 | 1,008.19 | |
| Memo Allocation Net: | 23,901.73 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 23,902.06 | 1,008.19 | |

Page Subtotals                    0.21              22,893.87

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-00039 -ERW | |
| Case Name: | VEGA, WILLIAM H. | |

| | |
|---|---|
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 10/12/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3677  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #*******3648 | Bank Funds Transfer | 9999-000 | 22,893.87 | | 22,893.87 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 22,893.87 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 22,893.87 | 22,893.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 22,893.87 | 22,893.87 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 176,098.27 | Checking Account - *******3539 | 0.00 | 0.00 | 22,893.87 |
| | | BofA - Money Market Account - *******3648 | 23,902.06 | 1,008.19 | 0.00 |
| Total Memo Allocation Net: | 23,901.73 | BofA - Checking Account - *******3677 | 0.00 | 0.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 23,902.06 | 1,008.19 | 22,893.87 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| | Page Subtotals | 22,893.87 | 22,893.87 |

Ver: 17.00a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                          Date: October 12, 2012

Case Number:   12-00039                          Claim Class Sequence
Debtor Name:   VEGA, WILLIAM H.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Fox, Hefter, Swibel, Levin & Carroll 200 W. Madison St., Suite 3000 Chicago, IL 60606 | Administrative | | $12,574.49 | $0.00 | $12,574.49 |
| 001 3510-00 | @Properties | Administrative | | $12,000.00 | $12,000.00 | $0.00 |
| 000001 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $8,996.17 | $0.00 | $8,996.17 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A. as successor in interestto Bank of America, NA - USA and MBNA America Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | (2-1) Modified on 3/27/2012 to correct/complete name(PG) | $14,511.06 | $0.00 | $14,511.06 |
| 000003 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $30,046.62 | $0.00 | $30,046.62 |
| 000004 070 7100-00 | PYOD, LLC  as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville SC  29602 | Unsecured | | $8,371.65 | $0.00 | $8,371.65 |
| 050 4110-00 | Bank of America | Secured | | $150,642.40 | $150,642.40 | $0.00 |
| 050 4700-00 | Cook County Assessor | Secured | | $10,733.22 | $10,733.22 | $0.00 |
| | Case Totals: | | | $247,875.61 | $173,375.62 | $74,499.99 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00039
Case Name: VEGA, WILLIAM H.
Trustee Name: N. Neville Reid

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Bank of America | $ | $ | $ | $ |
| | Cook County Assessor | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                        $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Attorney for Trustee Fees: Fox, Hefter, Swibel, Levin & Carroll | $ | $ | $ |
| Attorney for Trustee Expenses: Fox, Hefter, Swibel, Levin & Carroll | $ | $ | $ |
| Other: @Properties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. as successor | $ | $ | $ |
| 000003 | Sallie Mae | $ | $ | $ |
| 000004 | PYOD, LLC  as assignee of Citibank | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance            $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE