# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-39 |
| WILLIAM H. VEGA, | **)** | |
| | **)** | Hon. Eugene R. Wedoff |
| Debtor. | **)** | |
| | **)** | |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

PLEASE TAKE NOTICE that the Notice of Trustee's Final Report and Applications for Compensation (Related Document No. 36) is hereby withdrawn by the chapter 7 trustee, N. Neville Reid.

Dated: October 12, 2012  **N. NEVILLE REID, as Chapter 7 Trustee for the Bankruptcy Estate of William H. Vega**

By: _/s/ N. Neville Reid_

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on October 12, 2012, I caused a copy of the foregoing **Notice of Withdrawal of Notice of Trustee's Final Report and Applications for Compensation (Related Document No. 36)** to be filed electronically through the Court's ECF filing system and to be served upon all parties listed on the attached Service List electronically through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

John V Delgaudio on behalf of Debtor William Vega
JVD@JVDLaw.com, John@LifeToLegacy.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Elizabeth Gayle Peterson on behalf of Trustee N. Reid
epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com

N. Neville Reid
nreid@fslc.com, nreid@ecf.epiqsystems.com