**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VEGA, WILLIAM H. | § | Case No. 12-00039 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk for the U.S. Bankruptcy
    Northern District of Illinois
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/14/2012 in Courtroom 744,
    United States Courthouse
    219 South Dearborn Street
    Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/12/2012         By: N. Neville Reid
                            Trustee

*N. Neville Reid
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
VEGA, WILLIAM H. § Case No. 12-00039
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 200,000.33 |
| and approved disbursements of | $ | 177,106.46 |
| leaving a balance on hand of[1] | $ | 22,893.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Bank of America | $ 150,642.40 | $ 150,642.40 | $ 150,642.40 | $ 0.00 |
| | Cook County Assessor | $ 10,733.22 | $ 10,733.22 | $ 10,733.22 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 22,893.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Fees: Fox, Hefter, Swibel, Levin & Carroll | $ 12,481.50 | $ 0.00 | $ 12,481.50 |
| Attorney for Trustee Expenses: Fox, Hefter, Swibel, Levin & Carroll | $ 92.99 | $ 0.00 | $ 92.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: @Properties | $ 12,000.00 | $ 12,000.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,574.49 |
| Remaining Balance | | $ | 5,319.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,925.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 8,996.17 | $ 0.00 | $ 772.77 |
| 000002 | FIA CARD SERVICES, N.A. as successor | $ 14,511.06 | $ 0.00 | $ 1,246.50 |
| 000003 | Sallie Mae | $ 30,046.62 | $ 0.00 | $ 2,580.99 |
| 000004 | PYOD, LLC as assignee of Citibank | $ 8,371.65 | $ 0.00 | $ 719.12 |
| Total to be paid to timely general unsecured creditors | | | $ | 5,319.38 |
| Remaining Balance | | | $ | 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/N. Neville Reid
                    Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-00039-ERW
William H. Vega                                                     Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon              Page 1 of 3              Date Rcvd: Oct 15, 2012
                              Form ID: pdf006            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2012.
```
db           +William H. Vega,    c/o Barbara McKenzie,   Plenary Guardian,   3329 N. Claremont,
               Chicago, IL 60618-6205
aty          +Fox, Hefter, Swibel, Levin & Carroll LLP,   200 W Madison St,   Chicago, Il 60606-3417
18325683     +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
18325684     +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
18325685     +Bank Of America N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
18325686     +Barbato & Zbiegien,   7447 W. Talcott. Ave.,   Ste. 204,   Chicago, IL 60631-3713
18325687     +Brett McKenzie Wood,   5241 N. Hoyne,   Chicago, IL 60625-8475
18627466      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18325688     +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
18325689     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18325690     +Chela,   Attn: Bankruptcy,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
18325691     +Citi Diamond Preferred Card,   POB 6500,   Sioux Falls, SD 57117-6500
18325692     +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18325694     +Credit Control LLC,   5757 Phantom Dr.,   Ste. 330,   Hazelwood, MO 63042-2429
18325695     +Credit First,   Po Box 818011,   Cleveland, OH 44181-8011
18325696     +Diagnostic Psychiatry, SC,   4711 W. Golf Rd.,   Ste. 400,   Skokie, IL 60076-1242
18681700      FIA CARD SERVICES, N.A. as successor in interest,   to Bank of America, N.A. (USA),
               and MBNA America Bank, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18325698    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bsbuy,   Po Box 15519,   Wilmington, DE 19850)
18325697     +Harris N.a.,   Attn: Bankruptcy,   3800 Golf Rd Ste. 300/Po Box 8759,
               Rolling Meadows, IL 60008-8759
18325699     +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
18325701     +Norwood Crossing Nursing Home,   6016 N. Nina Ave.,   Chicago, IL 60631-2439
18325702     +Olga Zvaigzne,   215 W. Miner St.,   Apt. 518,   Arlington Heights, IL 60005-1356
18325703     +Ophthamology Northwest SC,   7447 W. Talcott Ave.,   Ste. 406,   Chicago, IL 60631-3715
18325704      Raymond L. Farrell,   2707 County Rd. 650 E,   Mahomet, IL 61853
18325705     +Resurrection Medical Center,   7435 West Talcott Ave,,   Chicago, IL 60631-3746
18325706     +Sears/cbsd,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18325693     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 16 2012 03:29:29    Cook County Treasurer,
               118 N. Clark St.,   Ste. 112,   Chicago, IL 60602-1590
18325700     +E-mail/Text: bankrup@nicor.com Oct 16 2012 01:47:36     Nicor Gas,
               Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
18964672     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 16 2012 01:46:26
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
18854836     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 16 2012 03:17:30     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pgordon              Page 2 of 3              Date Rcvd: Oct 15, 2012
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2012**                              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: pgordon              Page 3 of 3                  Date Rcvd: Oct 15, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2012 at the address(es) listed below:

        Elizabeth Gayle Peterson    on behalf of Attorney  Fox, Swibel, Levin & Carroll, LLP
         epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com
        John V Delgaudio    on behalf of Debtor William Vega JVD@JVDLaw.com, John@LifeToLegacy.com
        N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                     TOTAL: 4