# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                            §
                                  §
VEGA, WILLIAM H.                  §      Case No. 12-00039
                                  §
            Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 15,148.00 *(Without deducting any secured claims)* | Assets Exempt: 27,228.00 |
| Total Distributions to Claimants: 166,695.00 | Claims Discharged Without Payment: 431,198.21 |
| Total Expenses of Administration: 33,305.33 | |

3) Total gross receipts of $ 200,000.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 200,000.33  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 172,108.84 | $ 172,108.84 | $ 161,375.62 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 45,305.33 | 45,305.33 | 33,305.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,647.35 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 371,944.74 | 61,925.50 | 61,925.50 | 5,319.38 |
| **TOTAL DISBURSEMENTS** | $ 374,592.09 | $ 279,339.67 | $ 279,339.67 | $ 200,000.33 |

4) This case was originally filed under chapter 7 on  01/03/2012 .  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/22/2013        By: /s/N. Neville Reid
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence Location: 8049 W. Eastwood, Norridge IL | 1110-000 | 200,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.33 |
| TOTAL GROSS RECEIPTS | | $200,000.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | NA | 150,642.40 | 150,642.40 | 150,642.40 |
| | COOK COUNTY ASSESSOR | 4700-000 | NA | 10,733.22 | 10,733.22 | 0.00 |
| | 2010 Delinquent Taxes | 4800-000 | NA | 2,925.32 | 2,925.32 | 2,925.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2011 1st installment taxes | 4800-000 | NA | 2,964.69 | 2,964.69 | 2,964.69 |
| | County Taxes | 4800-000 | NA | 2,264.11 | 2,264.11 | 2,264.11 |
| | County Taxes 2nd Installment 2011 | 4800-000 | NA | 2,579.10 | 2,579.10 | 2,579.10 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 172,108.84 | $ 172,108.84 | $ 161,375.62 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Settlement charges to Seller | 2500-000 | NA | 2,722.65 | 2,722.65 | 2,722.65 |
| BARBARA MCKENZIE | 2990-000 | NA | 1,008.19 | 1,008.19 | 1,008.19 |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | 3110-000 | NA | 12,481.50 | 12,481.50 | 12,481.50 |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | 3120-000 | NA | 92.99 | 92.99 | 92.99 |
| @PROPERTIES Paid from seller's funds | 3510-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| @PROPERTIES | 3510-000 | NA | 12,000.00 | 12,000.00 | 0.00 |
| COMMISSION TO @PROPERTIES | 3510-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 45,305.33 | $ 45,305.33 | $ 33,305.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | | 2,647.35 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,647.35 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 15,082.00 | NA | NA | 0.00 |
| | Bank Of America N.a. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 146,775.00 | NA | NA | 0.00 |
| | Barbato & Zbiegien 7447 W. Talcott. Ave. Ste. 204 Chicago, IL 60631 | | 13.96 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 8,996.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 8,157.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 8,025.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 6,283.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 5,289.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 4,510.00 | NA | NA | 0.00 |
| | Citi Diamond Preferred Card POB 6500 Sioux Falls, SD 57117 | | 8,536.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 8,671.65 | NA | NA | 0.00 |
| | Credit First Po Box 818011 Cleveland, OH 44181 | | 0.00 | NA | NA | 0.00 |
| | Diagnostic Psychiatry, SC 4711 W. Golf Rd. Ste. 400 Skokie, IL 60076 | | 119.26 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE 19850 | | 3,580.11 | NA | NA | 0.00 |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | Norwood Crossing Nursing Home 6016 N. Nina Ave. Chicago, IL 60631 | | 81,000.00 | NA | NA | 0.00 |
| | Ophthamology Northwest SC 7447 W. Talcott Ave. Ste. 406 Chicago, IL 60631 | | 154.21 | NA | NA | 0.00 |
| | Raymond L. Farrell 2707 County Rd. 650 E Mahomet, IL 61853 | | 35.80 | NA | NA | 0.00 |
| | Resurrection Medical Center 7435 West Talcott Ave, Chicago, IL 60631 | | 66,716.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd 8725 W. Sahara Ave The Lakes, NV 89163 | | 0.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 8,996.17 | 8,996.17 | 772.77 |
| 000002 | FIA CARD SERVICES, N.A. AS SUCCESSO | 7100-000 | NA | 14,511.06 | 14,511.06 | 1,246.50 |
| 000004 | PYOD, LLC AS ASSIGNEE OF CITIBANK | 7100-000 | NA | 8,371.65 | 8,371.65 | 719.12 |
| 000003 | SALLIE MAE | 7100-000 | NA | 30,046.62 | 30,046.62 | 2,580.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 371,944.74 | $ 61,925.50 | $ 61,925.50 | $ 5,319.38 |

Page: 1
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        12-00039    ERW    Judge: EUGENE R. WEDOFF
Case Name:    VEGA, WILLIAM H.

For Period Ending:  01/22/13

Trustee Name:                                      N. Neville Reid
Date Filed (f) or Converted (c):       01/03/12 (f)
341(a) Meeting Date:                        02/22/12
Claims Bar Date:                              05/31/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)<br>Gross Value of Remaining<br>Assets | Lien<br>Amount | Exempt<br>Amount |
| 1. Residence Location: 8049 W. Eastwood, Norridge IL | 267,900.00 | 23,901.85 | | 200,000.00 | FA | 148,861.00 | 15,000.00 |
| 2. Checking account – Chase | 5,328.00 | 0.00 | | 0.00 | FA | 0.00 | 5,328.00 |
| 3. Modest furnishings. Location: 8049 W. Eastwood, No | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Clothing Location: 8049 W. Eastwood, Norridge IL 6 | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 5. Death benefit from wife's life insurance  $981.05 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Pension – Monthly payment $86.04 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Federal and State refunds | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 2002 Chev. Malibu Location: 8049 W. Eastwood, Norr | 4,000.00 | 0.00 | | 0.00 | FA | 2,090.00 | 2,400.00 |
| 9. Potential for cause of action against Olga Zvaigzn | Unknown | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 10. Reimbursement from Penn Treaty long-term care insu | 4,320.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.33 | FA | 0.00 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $283,048.00 | $23,901.85 | | $200,000.33 | $0.00 | $150,951.00 | $27,228.00 |
| | | | | Gross Value of Remaining Assets | | | |
| | | | | (Total Dollar Amount in Column 6) | | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-4-12 Sent TFR to Tom Thornton

8-2-12 Waiting for check to clear the bank, then transfer money from money market to checking so interes willstop.

Initial Projected Date of Final Report (TFR):  12/31/14       Current Projected Date of Final Report (TFR)  12/31/14

UST Form 101-7-TDR (5/1/2011) (Page: 10)

LFORM4JEX

Ver: 17.01

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-00039 -ERW | Trustee Name: N. Neville Reid |
| Case Name: VEGA, WILLIAM H. | Bank Name: ASSOCIATED BANK |
| Taxpayer ID No: ******3397 | Account Number / CD #: ******3539 Checking Account |
| For Period Ending: 01/22/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,893.87 | | 22,893.87 |
| 11/14/12 | 300001 | N. Neville Reid as Trustee 200 West Madison Street CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 5,000.00 | 17,893.87 |
| 11/14/12 | 300002 | Fox, Hefter, Swibel, Levin & Carroll 200 W. Madison St., Suite 3000 Chicago, IL 60606 | Attorney for Trustee Fees (Trustee  Fees 12,481.50  Expenses 92.99 | 3110-000 3120-000 | | 12,574.49 | 5,319.38 |
| 11/14/12 | 300003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 8.58999% | 7100-000 | | 772.77 | 4,546.61 |
| 11/14/12 | 300004 | FIA CARD SERVICES, N.A. as successor in interestto Bank of America, NA – USA and MBNA America Bank, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000002, Payment 8.59000% | 7100-000 | | 1,246.50 | 3,300.11 |
| 11/14/12 | 300005 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000003, Payment 8.58995% | 7100-000 | | 2,580.99 | 719.12 |
| | | | Page Subtotals | | 22,893.87 | 22,174.75 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No.: 12-00039 -ERW
Case Name: VEGA, WILLIAM H.

Taxpayer ID No: *******3397
For Period Ending: 01/22/13

Trustee Name: N Neville Reid
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3539 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/12 | 300006 | PYOD, LLC as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Claim 000004, Payment 8.58994% | 7100-000 | | 719.12 | 0.00 |
| | | Memo Allocation Receipts: | 0.00 | | | | |
| | | Memo Allocation Disbursements: | 0.00 | | | | |
| | | Memo Allocation Net: | 0.00 | | | | |
| | | | COLUMN TOTALS | | 22,893.87 | 22,893.87 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 22,893.87 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,893.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 22,893.87 | |

| | Page Subtotals | 0.00 | 719.12 | |
|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-00039 -ERW |
| Case Name: | VEGA, WILLIAM H. |
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3648  BofA – Money Market Account |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/12 | | First American title Insurance Company Re: 8049 West Eastwood Avenue Norridge, IL 60706 | Proceeds from sale of home, see HUD | | 23,901.73 | | 23,901.73 |
| | 1 | FIRST AMERICAN TITLE INSURANCE COMP | Payoff of first mortgage loan to Bank of America for $150,642.40 from sale of home. | 1110-000 | | | |
| | | | Memo Amount:       200,000.00 | | | | |
| | | | Proceeds from sale of home | | | | |
| | | | Memo Amount:    (     2,264.11 ) | 4800-000 | | | |
| | | | County Taxes | | | | |
| | | | Memo Amount:    (     2,579.10 ) | 4800-000 | | | |
| | | | County Taxes 2nd Installment 2011 | | | | |
| | | BANK OF AMERICA | Memo Amount:    (  150,642.40 ) | 4110-000 | | | |
| | | | Payoff first mortgage BofA | | | | |
| | | | Memo Amount:    (     2,722.65 ) | 2500-000 | | | |
| | | | Settlement charges to Seller | | | | |
| | | | M mo Amount:    (     2,925.32 ) | 4800-000 | | | |
| | | | 2010 Delinquent Taxes | | | | |
| | | | Memo Amount:    (     2,964.69 ) | 4800-000 | | | |
| | | | 2011 1st installment taxes | | | | |
| | | COMMISSION TO @PROPERTIES | Memo Amount:    (   10,000.00 ) | 3510-000 | | | |
| | | | Earnest money held by @Properties applied to commission | | | | |
| | | | Memo Amount:    (     2,000.00 ) | 3510-000 | | | |
| | | | Settlement charges of $2,000 commission to @Properties | | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 23,901.85 |
| 07/30/12 | 000301 | Barbara McKenzie | Post-Petition Payments | 2990-000 | | 1,008.19 | 22,893.66 |
| | | | Page Subtotals | | 23,901.85 | 1,008.19 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.01

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 12-00039 -ERW
Case Name: VEGA, WILLIAM H
Taxpayer ID No: *******3397
For Period Ending: 01/22/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3648 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Guardian for William H. Vega | Eastwood Property [pre-sale house maintenance expenditures] Com Ed ($237.25), Nicor ($231.06), Water ($64.00), Snow Removal & Grass Cutting ($128.00) Insurance ($347.88) | | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 22,893.87 |
| 08/17/12 | | Transfer to Acct #*******3677 | Bank Funds Transfer | 9999-000 | | 22,893.87 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | | COLUMN TOTALS | | 23,902.06 | 23,902.06 | 0.00 |
| Memo Allocation Disbursements: | 176,098.27 | | Less: Bank Transfers/CD's | | 0.00 | 22,893.87 | |
| Memo Allocation Net | 23,901.73 | | Subtotal | | 23,902.06 | 1,008.19 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 23,902.06 | 1,008.19 | |

Page Subtotals    0.21    22,893.87    22,893.87

Ver: 17.01

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 14)

Page: 5
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-00039 -ERW |
|---|---|
| Case Name: | VEGA, WILLIAM H. |
| Taxpayer ID No: | *******3397 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3677 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #******3648 | Bank Funds Transfer | 9999-000 | 22,893.87 | | 22,893.87 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 22,893.87 | 0.00 |
| | | | COLUMN TOTALS | | 22,893.87 | 22,893.87 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 22,893.87 | 22,893.87 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | | |
| | | | Net | | 0.00 | 0.00 | |

| Memo Allocation Receipts: | 0.00 |
|---|---|
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Total Allocation Receipts: | 200,000.00 |
|---|---|
| Total Allocation Disbursements: | 176,698.27 |
| Total Memo Allocation Net: | 23,901.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******3539 | 0.00 | 22,893.87 | 22,893.87 |
| BofA - Money Market Account - *******3648 | 23,902.06 | 1,008.19 | 0.00 |
| BofA - Checking Account - *******3677 | 0.00 | 0.00 | 0.00 |
| | 23,902.06 | 23,902.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   22,893.87   22,893.87

Page Subtotals   22,893.87

UST Form 101-7-TDR (5/1/2011) (Page: 15)

LFORM24

Ver 17.01

## A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

**First American Title Insurance Company**
**Settlement Statement**

| B. Type of Loan | |
|---|---|
| 1-5. Loan Type: Conv. Unins. | |
| 6. File Number: 2285185 | |
| 7. Loan Number: | |
| 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name & Address of Borrower: Marek Frackiel

E. Name & Address of Seller: N. Neville Reid, not individually but solely as Chapter 7 Trustee of the Bankruptcy Estate of William H Vega
8049 West Eastwood Avenue, Norridge, IL 60706

F. Name & Address of Lender: Cash Transaction

G. Property Location: 8049 West Eastwood Avenue, Norridge, IL 60706

H. Settlement Agent: First American Title Insurance Company    (847)653-1370
Address: 1300 Higgins Road, Suite 101, Park Ridge, IL 60068
Place of Settlement Address: 1300 Higgins Road, Suite 101, Park Ridge, IL 60068

I.
Settlement Date: 06/01/2012
Print Date: 06/01/2012, 2:58 PM
Disbursement Date: 06/01/2012
Signing Date: 06/01/2012

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | 200,000.00 | 401. Contract sales price | 200,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 889.50 | 403. Total Deposits | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| **120. Gross Amount Due from Borrower** | 200,889.50 | **420. Gross Amount Due to Seller** | 200,000.00 |
| **200. Amounts Paid by or on Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 4,722.85 |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. | | 504. Payoff of first mortgage loan to Bank of America | 150,642.40 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. 2010 Delinquent Taxes + Penalties to Cook County Collector | 2,925.32 |
| 207. | | 507. 2011 1st installment Taxes + Penalties to Cook County Collector | 2,964.99 |
| 208. | | 508. Earnest Money Held by: @ Properties | 10,000.00 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 01/01/12 to 06/01/12 | 2,264.11 | 511. County taxes 01/01/12 to 06/01/12 | 2,264.11 |
| 212. Assessments | | 512. Assessments | |
| 213. County Taxes for 2nd Installment 2011 | 2,579.10 | 513. County Taxes for 2nd Installment 2011 | 2,579.10 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | 14,843.21 | **520. Total Reduction Amount Due Seller** | 176,098.27 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 200,889.50 | 601. Gross amount due to seller (line 420) | 200,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 14,843.21 | 602. Less reductions in amounts due seller (line 520) | 176,098.27 |
| **303. Cash (X From) ( To) Borrower** | 186,046.29 | **603. Cash (X To) ( From) Seller** | 23,901.73 |

Previous editions are obsolete.
* See Supplemental Page for details.    ** Paid on Behalf of Borrower.    POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Page 1

File No. 2296185

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees $0.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $12,000.00 to @ Properties | | | |
| 702. | | | |
| 703. Commission paid at settlement | | | 2,000.00 |
| 704. (Note: $10000.00 POC Held By @ Properties) | | | |
| 705. | | | |
| 706. | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (14m GFE A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | (from GFE #3) | | |
| 809. | (from GFE #3) | | |
| 810. | (from GFE #3) | | |
| 811. | (from GFE #3) | | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Daily interest charges from | (from GFE #10) | | |
| 902. | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| 905. | | | |
| 906. | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | 437.50 | |
| 1102. Settlement or closing fee | $412.50 | | 412.50 |
| to First American Title Insurance Company | | | |
| 1103. Owner's title insurance - First American Title Insurance Company | (from GFE #5) | | 1,275.00 |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit      $   0.00 | | | |
| 1106. Owner's title policy limit      $   200,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium     $   878.00 | | | |
| to Fox Heller Drobel Levin & Carroll LLP | | | |
| 1108. Underwriter's portion of total title insurance premium   $   397.00 | | | |
| to First American Title Insurance Company | | | |
| 1109. Attorney Fee to Shelley J. Czajo | | 400.00 | |
| 1110. Closing Protection Coverage-Seller to First American Title Insurance Company | | | 50.00 |
| 1111. Later Date Fee to First American Title Insurance Company | | | 100.00 |
| *Supplemental Summary | | | 36.00 |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges | (from GFE #7) | 52.00 | |
| 1202. Recording fees: Deed $0.00 Mortgage $0.00 Release $52.00 | | | 52.00 |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/county tax/stamps:  Deed $100.00 Mortgage $0.00 | | | 100.00 |
| 1205. State tax/stamps: | | | |
| 1206. Deed | $52.00 | | |
| 1207. State Transfer Tax | | | 200.00 |
| 1208. | | | |
| 1209. | | | |
| 1210. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Reimbursement Fees to Sarah Maxwell | | | 495.15 |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 889.50 | 4,722.65 |

* See Supplemental Page for details.    ** Paid on Behalf of Borrower.    POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).

File No. 2296186

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | **HUD-1 Line Number** | | |
| Our origination charge | # 801 | 0.00 | |
| Your credit / charge (points) for the specific interest rate chosen | # 802 | 0.00 | |
| Your adjusted origination charges | # 803 | 0.00 | |
| Transfer taxes | # 1203 | 0.00 | 0.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 0.00 | 52.00 |
| Title services and lender's title insurance | # 1101 | 0.00 | 437.50 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | **Total** | | 489.50 |
| | **Increase between GFE and HUD-1 Charges** | $489.50  or | N/A |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 0.00 | |
| Daily interest charges | # 901 | 0.00 | |
| Homeowner's insurance | # 903 | | |
| | # | | |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ 0.00 |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No. ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No. ☐ Yes, it can rise to a maximum of $ . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No. ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ .<br>The maximum it can ever rise to is $ . |
| Does your loan have a prepayment penalty? | ☐ No. ☐ Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | ☐ No. ☐ Yes, you have a balloon payment of $ due in years on . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $ that results in a total initial monthly amount owed of $ . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes   ☐ Homeowner's insurance<br>☐ Flood insurance<br>☐<br>☐<br>☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

| Supplemental Page<br>HUD-1 Settlement Statement | File No.<br>2295185 |
|---|---|
| **First American Title Insurance Company**<br>Settlement Statement | Loan No. |
| | Settlement Date:<br>06/01/2012 |

Borrower Name & Address: Marek Fracklei

Seller Name & Address: N. Neville Reid, not individually but soley as Chapter 7 Trustee of the Bankruptcy Estate of William H Vega
8049 West Eastwood Avenue, Norridge, IL 60706

| Section L. Settlement Charges continued | | Paid From<br>Borrower's Funds<br>at Settlement | Paid From<br>Seller's Funds<br>at Settlement |
|---|---|---|---|
| 1100. Supplemental Summary | 38.00 | | |
| 1112. State of IL Owner's Policy Fee to First American Title Insurance Company | | | 3.00 |
| 1113. Tax Payment Service Fee to First American Title Insurance Company | | | 35.00 |

| The following Section is restated from the Settlement Statement Page 1 | | | | |
|---|---|---|---|---|
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | | |
| 301. Gross amount due from borrower (line 120) | 200,889.50 | 601. Gross amount due to seller (line 420) | | 200,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 14,843.21 | 602. Less reductions in amounts due seller (line 520) | | 176,098.27 |
| 303. Cash (X From) ( To) Borrower | 186,046.29 | 603. Cash (X To) ( From) Seller | | 23,901.73 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and distributions made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER(S):

Marek Fracklei

SELLER(S):

N. Neville Reid, not individually but soley as
Chapter 7 Trustee of the Bankruptcy Estate of
William H Vega

The HUD-1 Settlement Statement which I have prepared is a true & accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

First American Title Insurance Company

By Settlement Agent

Janis Hunt

Date: 6/1/12

Page 4



This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Post-Petition Payments
Eastwood Property

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

BANK OF AMERICA, N.A.   CHECK NUMBER   301

DATE   07/30/12   AMOUNT   *******1,008.19

2572347
PAY TO THE ORDER OF
Barbara McKenzie
Guardian for William H. Vega

CASE NUMBER   12-00039   ERW   Debtor: VEGA, WILLIAM H.

One Thousand Eight Dollars And 19/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000301⑈ ⑆111000012⑆ 4438263648⑈

⑈000301⑈ ⑆111000012⑆      ⑈4438263648⑈ ⑈000100819⑈



Do not endorse or write below this line



AssociatedBank

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Chapter 7 Compensation/Expense

CHECK NUMBER
300001

11/14/12 $*******5,000.00

12-00039 ERW Debtor: VEGA, WILLIAM H.

PAY TO THE ORDER OF

N. Neville Reid as Trustee
200 West Madison Street
CHICAGO, IL 60606

Five Thousand Dollars And 00/100

THIS CHECK VOID AFTER 90 DAYS

⑈300001⑈ ⑆075900575⑆ 2223273539⑈

Credited to Acct 1993557951%
Return Acct 1993557951%

---

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Attorney for Trustee Fees (Trustee

CHECK NUMBER
300002

11/14/12 $******12,574.49

12-00039 ERW Debtor: VEGA, WILLIAM H.

PAY TO THE ORDER OF

Fox, Hefter, Swibel, Levin & Carroll
200 W. Madison St., Suite 3000
Chicago, IL 60606

Twelve Thousand Five Hundred Seventy Four Dollars And 49/100

THIS CHECK VOID AFTER 90 DAYS

⑈300002⑈ ⑆075900575⑆ 2223273539⑈

Credited to Acct 1993557951%
Return Acct 1993557951%

---

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000001, Payment 8.58999%

5178.0575.2204.6270

CHECK NUMBER
300003

| DATE | AMOUNT |
|---|---|
| 11/14/12 | $**********772.77 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 12-00039 ERW | Debtor: VEGA, WILLIAM H. |

PAY TO THE ORDER OF

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Seven Hundred Seventy Two Dollars And 77/100

THIS CHECK VOID AFTER 90 DAYS

⑈300003⑈ ⑆075900575⑆ 2223273539⑈

FOR DEPOSIT TO
CAPITAL ONE BANK
>051405515<
11/21/12

ENDORSE HERE

---

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000003, Payment 8.58999%

CHECK NUMBER
300005

| DATE | AMOUNT |
|---|---|
| 11/14/12 | $*******2,580.99 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 12-00039 ERW | Debtor: VEGA, WILLIAM H. |

PAY TO THE ORDER OF

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706

Two Thousand Five Hundred Eighty Dollars And 99/100

THIS CHECK VOID AFTER 90 DAYS

⑈300005⑈ ⑆075900575⑆ 2223273539⑈

CR TO WITHIN NAMED PAYEE
W/O PREJUDICE A/C 4122180946

ENDORSE HERE







Associated Bank

Thank you for choosing Associated Bank