UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
VEGA, WILLIAM H.                        §       Case No. 12-00039
                                        §
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                    . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BANK OF AMERICA |  |  |  |  |  |
|  | COOK COUNTY ASSESSOR |  |  |  |  |  |
|  | 2010 Delinquent Taxes |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2011 1st installment taxes | | | | | |
| | County Taxes | | | | | |
| | County Taxes 2nd Installment 2011 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| Settlement charges to Seller | | | | | |
| BARBARA MCKENZIE | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| | | | | | |
| @PROPERTIES | | | | | |
| COMMISSION TO @PROPERTIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark St. Ste. 112 Chicago, IL 60602 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank Of America N.a. 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Barbato & Zbiegien 7447 W. Talcott. Ave. Ste. 204 Chicago, IL 60631 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citi Diamond Preferred Card POB 6500 Sioux Falls, SD 57117 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Credit First Po Box 818011 Cleveland, OH 44181 | | | | | |
| | Diagnostic Psychiatry, SC 4711 W. Golf Rd. Ste. 400 Skokie, IL 60076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 | | | | | |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Norwood Crossing Nursing Home 6016 N. Nina Ave. Chicago, IL 60631 | | | | | |
| | Ophthamology Northwest SC 7447 W. Talcott Ave. Ste. 406 Chicago, IL 60631 | | | | | |
| | Raymond L. Farrell 2707 County Rd. 650 E Mahomet, IL 61853 | | | | | |
| | Resurrection Medical Center 7435 West Talcott Ave, Chicago, IL 60631 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sears/cbsd 8725 W. Sahara Ave The Lakes, NV 89163 |  |  |  |  |  |
| 000001 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000002 | FIA CARD SERVICES, N.A. AS SUCCESSO |  |  |  |  |  |
| 000004 | PYOD, LLC AS ASSIGNEE OF CITIBANK |  |  |  |  |  |
| 000003 | SALLIE MAE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-00039 ERW Judge: EUGENE R. WEDOFF | Trustee Name: N. Neville Reid |
| Case Name: | VEGA, WILLIAM H. | Date Filed (f) or Converted (c): 01/03/12 (f) |
| | | 341(a) Meeting Date: 02/22/12 |
| For Period Ending: 03/31/13 | | Claims Bar Date: 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence Location: 8049 W. Eastwood, Norridge IL | 267,900.00 | 23,901.85 | | 200,000.00 | FA |
| 2. Checking account - Chase | 5,328.00 | 0.00 | | 0.00 | FA |
| 3. Modest furnishings. Location: 8049 W. Eastwood, No | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing Location: 8049 W. Eastwood, Norridge IL 6 | 500.00 | 0.00 | | 0.00 | FA |
| 5. Death benefit from wife's life insurance. $981.05 | Unknown | 0.00 | | 0.00 | FA |
| 6. Pension - Monthly payment $86.04 | Unknown | 0.00 | | 0.00 | FA |
| 7. Federal and State refunds | Unknown | 0.00 | | 0.00 | FA |
| 8. 2002 Chev. Malibu Location: 8049 W. Eastwood, Norr | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Potential for cause of action against Olga Zvaigzn | Unknown | 0.00 | | 0.00 | FA |
| 10. Reimbursement from Penn Treaty long-term care insu | 4,320.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.33 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $283,048.00 | $23,901.85 | | $200,000.33 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9-4-12 Sent TFR to Tom Thornton

8-2-12 Waiting for check to clear the bank, then transfer money from money market to checking so interes willstop.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00039 -ERW | | Trustee Name: | N. Neville Reid |
| Case Name: | VEGA, WILLIAM H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3539 Checking Account |
| Taxpayer ID No: | *******3397 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 22,893.87 | | 22,893.87 |
| 11/14/12 | 300001 | N. Neville Reid as Trustee  200 West Madison Street  CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 5,000.00 | 17,893.87 |
| 11/14/12 | 300002 | Fox, Hefter, Swibel, Levin & Carroll  200 W. Madison St., Suite 3000  Chicago, IL 60606 | Attorney for Trustee Fees (Trustee | | | 12,574.49 | 5,319.38 |
| | | | Fees            12,481.50 | 3110-000 | | | |
| | | | Expenses           92.99 | 3120-000 | | | |
| 11/14/12 | 300003 | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Claim 000001, Payment 8.58999% | 7100-000 | | 772.77 | 4,546.61 |
| 11/14/12 | 300004 | FIA CARD SERVICES, N.A. as successor  in interestto Bank of America, NA - USA  and MBNA America Bank, N.A.  PO Box 15102  Wilmington, DE 19886-5102 | Claim 000002, Payment 8.59000% | 7100-000 | | 1,246.50 | 3,300.11 |
| 11/14/12 | 300005 | Sallie Mae  c/o Sallie Mae Inc.  220 Lasley Ave.  Wilkes-Barre, PA 18706 | Claim 000003, Payment 8.58995% | 7100-000 | | 2,580.99 | 719.12 |
| 11/14/12 | 300006 | PYOD, LLC  as assignee of Citibank  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | Claim 000004, Payment 8.58994% | 7100-000 | | 719.12 | 0.00 |

Page Subtotals      22,893.87      22,893.87

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00039 -ERW | | Trustee Name: | N. Neville Reid |
| Case Name: | VEGA, WILLIAM H. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3539  Checking Account |
| Taxpayer ID No: | *******3397 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 22,893.87 | 22,893.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 22,893.87 | 0.00 | |
| | | Subtotal | 0.00 | 22,893.87 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 22,893.87 | |

Page Subtotals                                                            0.00            0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-00039 -ERW | Trustee Name: | N. Neville Reid |
| --- | --- | --- | --- |
| Case Name: | VEGA, WILLIAM H. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3648 BofA - Money Market Account |
| Taxpayer ID No: | *******3397 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/12 | | First American title Insurance Company<br>Re: 8049 West Eastwood Avenue<br>  Norridge, IL 60706 | Proceeds from sale of home, see HUD<br>Payoff of first mortgage loan to Bank of America for $150,642.40 from sale of home. | | 23,901.73 | | 23,901.73 |
| | 1 | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:     200,000.00<br>Proceeds from sale of home | 1110-000 | | | |
| | | | Memo Amount:   (    2,264.11 )<br>County Taxes | 4800-000 | | | |
| | | | Memo Amount:   (    2,579.10 )<br>County Taxes 2nd Installment 2011 | 4800-000 | | | |
| | | BANK OF AMERICA | Memo Amount:   (   150,642.40 )<br>Payoff first mortgage BofA | 4110-000 | | | |
| | | | Memo Amount:   (    2,722.65 )<br>Settlement charges to Seller | 2500-000 | | | |
| | | | Memo Amount:   (    2,925.32 )<br>2010 Delinquent Taxes | 4800-000 | | | |
| | | | Memo Amount:   (    2,964.69 )<br>2011 1st installment taxes | 4800-000 | | | |
| | | COMMISSION TO @PROPERTIES | Memo Amount:   (   10,000.00 )<br>Earnest money held by @Properties<br>applied to commission | 3510-000 | | | |
| | | | Memo Amount:   (    2,000.00 )<br>Settlement charges of $2,000 commission to @Properties | 3510-000 | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 23,901.85 |
| 07/30/12 | 000301 | Barbara McKenzie<br>Guardian for William H. Vega | Post-Petition Payments<br>Eastwood Property [pre-sale house maintanance expenditures]<br>Com Ed ($237.25), Nicor ($231.06), Water ($64.00), | 2990-000 | | 1,008.19 | 22,893.66 |

Page Subtotals      23,901.85      1,008.19

Ver: 17.01

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00039 -ERW | | Trustee Name: | N. Neville Reid |
| Case Name: | VEGA, WILLIAM H. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3648  BofA - Money Market Account |
| Taxpayer ID No: | *******3397 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Snow Removal & Grass Cutting ($128.00) Insurance ($347.88) Interest Rate  0.010 | 1270-000 | 0.21 | | 22,893.87 |
| 08/17/12 | | Transfer to Acct #*******3677 | Bank Funds Transfer | 9999-000 | | 22,893.87 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | | 23,902.06 | 23,902.06 | 0.00 |
| | Memo Allocation Disbursements: | 176,098.27 | Less:  Bank Transfers/CD's | | 0.00 | 22,893.87 | |
| | | | Subtotal | | 23,902.06 | 1,008.19 | |
| | Memo Allocation Net: | 23,901.73 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 23,902.06 | 1,008.19 | |

Page Subtotals      0.21      22,893.87

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-00039 -ERW | | Trustee Name: | N. Neville Reid |
| Case Name: | VEGA, WILLIAM H. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3677 BofA - Checking Account |
| Taxpayer ID No: | *******3397 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #*******3648 | Bank Funds Transfer | 9999-000 | 22,893.87 | | 22,893.87 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 22,893.87 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 22,893.87 | 22,893.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 22,893.87 | 22,893.87 | |
| | | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 176,098.27 | | Checking Account - ********3539 | 0.00 | 22,893.87 | 0.00 |
| | | | BofA - Money Market Account - ********3648 | 23,902.06 | 1,008.19 | 0.00 |
| Total Memo Allocation Net: | 23,901.73 | | BofA - Checking Account - ********3677 | 0.00 | 0.00 | 0.00 |
| | | | | 23,902.06 | 23,902.06 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  22,893.87  22,893.87

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*